# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TERRENCE GRAHAM,

        Appellant

        v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, KERI MOORE, ASSISTANT CHIEF GRIEVANCE OFFICER,

        Appellees

: No. 2 WAP 2026
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 24th day of March, 2026, the Notice of Appeal is **QUASHED**. *See Sidkoff, Pincus, Greenberg & Green, P.C. v. Pennsylvania Nat. Mut. Cas. Ins. Co.*, 555 A.2d 1284, 1288 (Pa. 1989) (holding that, unless the trial court grants a petition for reconsideration within the allotted period, the time for filing an appeal is not tolled); Pa.R.A.P. 1701(b)(3) (providing that the 30-day appeal period will be tolled only by a grant of reconsideration within the time for filing a notice of appeal).